Ryan Lee (SBN: 235879)
rlee@consumerlawcenter.com
Matthew A. Rosenthal (SBN 279334)
mrosenthal@consumerlawcenter.com
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 405
Los Angeles, CA 90025
Tel: (323) 988-2400
Fax: (866) 861-1390
LLOYD RUTHERFORD

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| LLOYD RUTHERFORD, ) | **Case No.: 2:15-cv-00585-KJM-EFB** |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **VOLUNTARY DISMISSAL** |
| ) | |
| GC SERVICES, LP ) | |
| ) | |
| .         Defendant. ) | |
| ) | |

## **VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff, LLOYD RUTHERFORD, by and through his attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case without prejudice.

Dated: May 18, 2015                                          KROHN & MOSS, LTD.


                                                              By: /s/ Ryan Lee, Esq.
                                                              Ryan Lee, Esq.
                                                              Attorney for Plaintiff

- 1 -

VOLUNTARY DISMISSAL

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 18, 2015, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.


By:   /s/ Ryan Lee, Esq.

Ryan Lee, Esq

VOLUNTARY DISMISSAL